**Leakhana UONG, aka Leakhana Mamuth, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 15–70301.

United States Court of Appeals, Ninth Circuit.

508

Submitted April 26, 2016.*

Filed May 2, 2016.

Angela Novas McGill, Esquire, Law Office of Angela Novas McGill, APC, Long Beach, CA, for Petitioner.

Mona Maria Yousif, Trial, Oil, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: McKEOWN, WARDLAW, and PAEZ, Circuit Judges.

MEMORANDUM **

Leakhana Uong, a native and citizen of Cambodia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir.2005). We grant the petition for review.

The BIA abused its discretion in denying Uong's motion to reopen on the ground that her evidence "merely list[ed] the same address" as her spouse, where she provided substantially more evidence of the bona fides of her marriage than the BIA's decision indicated. *See* 8 U.S.C. § 1255(e)(3). We remand for the agency to redetermine whether Uong has presented clear and convincing evidence of a bona fide marriage.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

PETITION FOR REVIEW GRANTED; REMANDED.